# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CHARLIE ANDERSON, JR.

VERSUS

ELITE CONCRETE PUMPERS, LLC

NO.  2021 CW 1136

**DECEMBER 30, 2021**

---

In Re:  Intercoastal Redi-Mix, LLC, applying for supervisory writs, 16th Judicial District Court, Parish of St. Mary, No. 129020.

---

**BEFORE:  WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED.**

**VGW**
**AHP**

    **Hester, J.,** dissents and would issue a briefing schedule pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT